JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jovan P. Blanton,<br><br>   Plaintiff,<br><br> v.<br><br>Louis DeJoy,<br><br>   Defendant. | Case No. 2:23-cv-02102-RFB-EJY<br><br>**Stipulation and Order to Extend Time to File a Response**<br>**(First Request)** |

  Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Jovan P. Blanton and Federal Defendant Louis DeJoy, through undersigned counsel, hereby stipulate and agree as follows:

  Plaintiff filed his complaint on December 20, 2023. ECF No. 1.

  Plaintiff served Federal Defendant with a copy of the Summons and Complaint on March 19, 2024. ECF No. 7.

  The current deadline for Federal Defendant to respond to Plaintiff's Complaint is May 20, 2024.

  On May 16, 2024, counsel for Plaintiff and Federal Defendants agreed to a 45-day extension of time for Federal Defendant to retrieve the information needed to review and to respond to the allegations in Plaintiff's Complaint.

Accordingly, the parties, through undersigned counsel, submit this stipulation to a 45-day extension from May 20, 2024, to July 5, 2024, for Federal Defendant to file a response to the Complaint. This is the first request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 17th day of May 2024.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | JASON M. FRIERSON<br>United States Attorney<br>Nevada Bar No. 7709 |
| */s/ Michael P. Balaban*<br>Michael P. Balaban<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br><br>*Attorney for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar No. 12504<br>501 S. Las Vegas Blvd., Ste 1100<br>Las Vegas, Nevada 89101<br><br>*Attorneys for the Federal Defendant* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**   May 17, 2024