# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOVAN P. BLANTON,<br><br>                         Plaintiff,<br><br>  v.<br><br>LOUIS DEJOY, Postmaster General,<br><br>                        Defendant. | 2:23-cv-02102-RFB-EJY<br><br>**ORDER**<br><br>Re: ECF No. 17 |

Before the court is Defendant's Motion to Reschedule Early Neutral Evaluation Session (ECF No. 17).

**IT IS HEREBY ORDERED** that Defendant's Motion to Reschedule Early Neutral Evaluation Session (ECF No. 17) is **GRANTED**. The Early Neutral Evaluation Session scheduled on **Thursday, September 26, 2024, at 9:00 a.m.** is **VACATED**.

**IT IS FURTHER ORDERED** that within 30 days of the court's ruling on the motion to dismiss the parties shall contact Magistrate Judge McQuaid with at least five (5) available dates on which the ENE may be scheduled.

DATED: September 6, 2024.

_____
ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE