SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6533
Virginia.Tomova@usdoj.gov

*Attorneys for Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOVAN P. BLANTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS DEJOY, Postmaster General,<br><br>　　　　Defendant. | Case No. 2:23-cv-02102-RFB-EJY<br><br>**Stipulation and Order to**<br>**Extend Discovery Deadlines**<br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a 90-day extension of certain discovery deadlines as, and for the reasons, set forth below. There is a good cause for such extension as the parties have conducted discovery diligently and in good faith. However, the parties need additional time to complete discovery including taking depositions and responding to discovery. Some of the witnesses are not available for a deposition until after the close of discovery. The parties request the extension of the close of discovery, dispositive motions and pretrial order deadlines. This is the first request for an extension of the discovery schedule.

### DISCOVERY COMPLETED

The parties served their respective initial disclosures. Federal Defendant served discovery requests on Plaintiff, which Plaintiff is in the process of responding.

### DISCOVERY REMAINING

The parties need to conduct depositions of the plaintiff, his former supervisors with the United States Postal Service and any other percipient witnesses.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties respectfully request the additional time to finish discovery in this employment discrimination case by conducting depositions and responding to discovery. The reason why the remaining discovery has not been completed is due to the parties and witnesses' schedules. Due to the scheduling issues, some witnesses are not available for a deposition until after the close of discovery which currently is March 10, 2025. For these reasons and in good cause, the parties request the 90-day extension of all remaining discovery deadlines.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | ~~PROPOSED~~ DEADLINE |
|---|---|---|
| Rebuttal Expert Disclosures | February 10, 2025 | February 10, 2025 |
| Discovery Cutoff | March 10, 2025 | June 10, 2025 |
| Dispositive Motions | April 9, 2025 | July 10, 2025 |
| Proposed Joint Pretrial Order | May 9, 2025 | August 11, 2025[1] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

2

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 28th day of January 2025.

| | |
|---|---|
| LAW OFFICE OF MICHAEL B. BALABAN | SUE FAHAMI<br>Acting United States Attorney |
| */s/ Michael B. Balaban*<br>MICHAEL B. BALABAN<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br>*Attorneys for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  January 28, 2025

3