SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jovan P. Blanton,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Louis DeJoy,<br><br>　　　　　Defendant. | Case No. 2:23-cv-02102-RFB-EJY<br><br>**Stipulation and Order to Extend Time to File a Response to Amended Complaint (ECF No. 27)**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Jovan P. Blanton and Federal Defendant Louis DeJoy, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his complaint on December 20, 2023. ECF No. 1.

Plaintiff served Federal Defendant with a copy of the Summons and Complaint on March 19, 2024. ECF No. 7.

Federal Defendant filed a motion to dismiss on July 5, 2024. ECF No. 10.

The Court granted Federal Defendant's motion to dismiss on March 31, 2025, without prejudice, and ordered Plaintiff to file an Amended Complaint by April 18, 2025. ECF No. 26.

Plaintiff filed his Amended Complaint on April 18, 2025. ECF No. 27.

On May 7, 2025, counsel for Plaintiff and Federal Defendants agreed to extend the time for Federal Defendant to respond to Plaintiff's Amended Complaint to May 30, 2025.

Accordingly, the parties, through undersigned counsel, submit this stipulation to a extension to **May 30, 2025**, for Federal Defendant to file a response to Plaintiff's Amended Complaint. This is the first request for an extension of time to respond to Plaintiff's Amended Complaint.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 9th day of May 2025.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | SIGAL CHATTAH<br>United States Attorney |
| */s/ Michael P. Balaban*<br>MICHAEL P. BALABAN<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendant* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

DATED: May 9, 2025