SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jovan P. Blanton, | Case No. 2:23-cv-02102-RFB-EJY |
| Plaintiff, | **Stipulation and Order to Extend Time to File a Response to Amended Complaint (ECF No. 27)** |
| v. | |
| Louis DeJoy, | **(Second Request)** |
| Defendant. | |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Jovan P. Blanton and Federal Defendant Louis DeJoy, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his Amended Complaint on April 18, 2025. ECF No. 27.

The current deadline for Federal Defendants to respond to Plaintiff's Amended Complaint is May 30, 2025. ECF No. 29.

On May 27, 2025, counsel for Plaintiff and Federal Defendants agreed to extend the time for Federal Defendant to respond to Plaintiff's Amended Complaint to June 13, 2025, in order to accommodate staffing shortages and the relatedly substantial workload handled by undersigned AUSA. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation for an extension to **June 13, 2025**, for Federal Defendant to file a response to Plaintiff's Amended Complaint.

1    This is the second request for an extension of time to respond to Plaintiff's

2  Amended Complaint. This stipulated request is filed in good faith and not for the purposes

3  of undue delay.

4    Respectfully submitted this 28th day of May 2025.

5  LAW OFFICES OF MICHAEL P.               SIGAL CHATTAH
   BALABAN                                 United States Attorney
6

7  /s/ Michael P. Balaban                  /s/ Virginia T. Tomova
   MICHAEL P. BALABAN                      VIRGINIA T. TOMOVA
   Nevada Bar No. 9370                     Assistant United States Attorney
8  10726 Del Rudini Street
   Las Vegas, Nevada 89141                 Attorneys for the Federal Defendant
9

   Attorney for Plaintiff
10

11

12

13

14                                 **IT IS SO ORDERED:**

15

16                                 **UNITED STATES MAGISTRATE JUDGE**

17                                 **DATED:** ___May 27, 2025_____

18

19

20

21

22

23

24

25

26

27

28

2