SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jovan P. Blanton, | Case No. 2:23-cv-02102-RFB-EJY |
| Plaintiff, | **Stipulation and Order to Extend Time to File a Response to Amended Complaint (ECF No. 27) and Withdraw Federal Defendant's Motion for Extension of Time (ECF No. 32)** |
| v. | |
| Louis DeJoy, | |
| Defendant. | **(Third Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Rule IA 6-1 of this Court's Local Rules, and the Court's Minute Order on June 12, 2025 (ECF No. 33), Plaintiff Jovan P. Blanton and Federal Defendant Louis DeJoy, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his Amended Complaint on April 18, 2025. ECF No. 27.

The most recent deadline set for Federal Defendant to respond to Plaintiff's Amended Complaint was June 13, 2025. ECF No. 31.

Federal Defendant filed a motion to extend time to file a response to Plaintiff's Amended Complaint (ECF No. 27) on June 12, 2025. Counsel for Plaintiff was out of town and had technical difficulties which prevented him from responding to Federal Defendant's pre-motion extension requests on June 11 and 12.

On June 16, 2025, counsel for Plaintiff reached out to counsel for Federal Defendant and agreed to extend the time for Federal Defendant to respond to Plaintiff's Amended Complaint to **June 30, 2025**, in order to accommodate staffing shortages and the

relatedly substantial workload handled by counsel for Federal Defendant. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation for an extension to **June 30, 2025**, for Federal Defendant to file a response to Plaintiff's Amended Complaint.

Based on the discussion with Plaintiff's counsel on June 16, 2025, and the stipulation reached between the parties, Federal Defendant respectfully withdraws the Motion for Extension of Time to Answer (ECF No. 32), per the Court's order (ECF No. 33).

This is the third stipulated request for an extension of time to respond to Plaintiff's Amended Complaint. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 17th day of June 2025.

LAW OFFICES OF MICHAEL P. BALABAN

*/s/ Michael P. Balaban*
MICHAEL P. BALABAN
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, Nevada 89141

*Attorney for Plaintiff*

SIGAL CHATTAH
United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for the Federal Defendant*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

**DATED:**    June 17, 2025