Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOVAN P. BLANTON,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID STEINER, POSTMASTER GENERAL,<br><br>Defendant. | CASE NO. 2:23-cv-02102-RFB-EJY<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br>[LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to LOUIS DEJOY, POSTMASTER GENERAL'S ("Defendant's") motion to dismiss to Plaintiff's first amended complaint filed on June 30, 2025, for which the response is currently due on July 14, 2025, will be continued until July 28, 2025.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given that Plaintiff's counsel has two sets of written discovery to respond to in two

1

other cases and an objection to an order to respond to in yet another case. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants' motion to dismiss to Plaintiff's first amended complaint.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | SIGAL CHATTAH<br>United States Attorney, District of Nevada |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff<br><br>Dated: July 9, 2025 | /s/ Virginia T. Tomova<br>Virginia T. Tomova, Esq.<br>501 Las Vegas Boulevard So., Suite 1100<br>Las Vegas, NV  89101<br>Attorney for Defendant<br><br>Dated: July 9, 2025 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 10, 2025