1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOVAN P. BLANTON,

                    Plaintiff,

        vs.

DAVID STEINER, POSTMASTER
GENERAL,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:23-cv-02102-RFB-EJY

STIPULATION AND ORDER CONTINUING
THE DATE THAT PLAINTIFF MUST FILE
HIS RESPONSE TO DEFENDANT'S
MOTION TO DISMISS TO PLAINTIFF'S
FIRST AMENDED COMPLAINT
[LR 7-1; LR IA 6-2]

(Second Request)

        IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective

counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to DAVID

STEINER, POSTMASTER GENERAL'S ("Defendant's") motion to dismiss to Plaintiff's first

amended complaint filed on June 30, 2025, for which the response is currently due on July 28,

2025, will be continued until August 4, 2025.

        Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond

to said motion given that Plaintiff's counsel has one set of written discovery to respond to in

1    another case and a reply to a motion to file an amended complaint in yet another case.  One

2    previous extension has been requested and granted as to the filing of Plaintiff's response to

3    Defendants' motion to dismiss to Plaintiff's first amended complaint.

4

5

6    LAW OFFICES OF MICHAEL P.                    SIGAL CHATTAH
      BALABAN                                      United States Attorney, District
7                                                  of Nevada

8    /s/ Michael P. Balaban                        /s/ Virginia T. Tomova
      Michael P. Balaban, Esq.                      Virginia T. Tomova, Esq.
9    10726 Del Rudini St.                          501 Las Vegas Boulevard So.,
      Las Vegas, NV  89141                          Suite 1100
10   Attorney for Plaintiff                        Las Vegas, NV  89101
                                                    Attorney for Defendant
11
      Dated: July 24, 2025
12                                                  Dated: July 24, 2025

13

14                                                 IT IS SO ORDERED:

15

16

17                                                 _____
                                                   UNITED STATES DISTRICT JUDGE
                                                   Dated: July 25, 2025
18

19

20

21

22

23

24

25

26

27

28