SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| Jovan P. Blanton,<br><br>   Plaintiff,<br><br>  v.<br><br>David Steiner, Postmaster General,<br><br>   Defendant. | Case No. 2:23-cv-02102-RFB-EJY<br><br>**Stipulation and Order to Extend Time to File a Reply to Plaintiff's Response (ECF No. 41) to Federal Defendant's Motion to Dismiss the Amended Complaint (ECF No. 36)**<br><br>**(Third Request)** |

  Pursuant to Fed. R. Civ. P. 6(b)(1) and LR 7-1, IA 6-1, and IA 6-2, Plaintiff Jovan P. Blanton and Federal Defendant David Steiner, Postmaster General, through undersigned counsel, hereby stipulate and agree as follows:

  Plaintiff filed his Amended Complaint on April 18, 2025. ECF No. 27.

  Federal Defendant filed his Motion to Dismiss the Amended Complaint on June 30, 2025. ECF No. 36.

  Plaintiff filed his opposition to Federal Defendant's Motion to Dismiss on August 4, 2025. ECF No. 41.

  The current deadline for Federal Defendant's to reply to Plaintiff's opposition is September 8, 2025. ECF No. 45.

  On September 8, 2025, counsel for Plaintiff and Federal Defendant agreed to extend the time for Federal Defendant to reply to Plaintiff's opposition from September 8, 2025, to September 29, 2025, to accommodate the heavy workload of undersigned counsel for the

Federal Defendant and specifically the significant influx of habeas petitions over the past month requiring immediate attention.

Accordingly, the parties, through undersigned counsel, submit this stipulation to extend the deadline for Federal Defendant to file a reply to Plaintiff's opposition to the Motion to Dismiss to September 29, 2025. This is the third and presumptively final request for an extension of time to reply to Plaintiff's opposition to Federal Defendant's Motion to Dismiss. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 8th day of September 2025.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Michael P. Balaban*<br>MICHAEL P. BALABAN<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendant* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:  September 9, 2025