SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jovan P. Blanton,<br><br>          Plaintiff,<br><br>     v.<br><br>David Steiner, Postmaster General,<br><br>          Defendant. | Case No. 2:23-cv-02102-RFB-EJY<br><br>**Stipulation and Order to Extend Time to File a Reply to Plaintiff's Response (ECF No. 41) to Federal Defendant's Motion to Dismiss the Amended Complaint (ECF No. 36)**<br><br>**(Fourth Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR 7-1, IA 6-1, and IA 6-2, Plaintiff Jovan P. Blanton and Federal Defendant David Steiner, Postmaster General, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed his Amended Complaint on April 18, 2025. ECF No. 27.

Federal Defendant filed his Motion to Dismiss the Amended Complaint on June 30, 2025. ECF No. 36.

Plaintiff filed his opposition to Federal Defendant's Motion to Dismiss on August 4, 2025. ECF No. 41.

The current deadline for Federal Defendant's to reply to Plaintiff's opposition is September 29, 2025. ECF No. 47.

On September 26, 2025, counsel for Plaintiff and Federal Defendant agreed to extend the time for Federal Defendant to reply to Plaintiff's opposition from September 29, 2025, to **October 20, 2025**. The Civil Division of the U.S. Attorney's Office has been dealing with severe defensive attorney staffing shortages and on September 25, 2025,

received nine petitions for writ of habeas corpus – all with either expedited briefing for temporary restraining orders or briefing within 20 days. Additionally, there is a threat of a government shutdown on September 30, 2025.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted).

Federal Defendant has good cause to request this extension of time. Undersigned counsel has been diligent but is one of only three full-time civil defensive AUSAs and has needed to prioritize the continued influx of petitions for habeas corpus and their expedited briefing schedules. Accordingly, the parties, through undersigned counsel, submit this stipulation to extend the deadline for Federal Defendant to file a reply to Plaintiff's opposition to the Motion to Dismiss to October 20, 2025.

This is the fourth request for an extension of time to reply to Plaintiff's opposition to Federal Defendant's Motion to Dismiss. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 26th day of September 2025.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Michael P. Balaban*<br>MICHAEL P. BALABAN<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Defendant* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**U.S. DISTRICT COURT JUDGE**

**DATED:**
September 30, 2025

3