TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar Number 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Jovan P. Blanton, | Case No. 2:23-cv-02102-RFB-EJY |
| Plaintiff, | **Stipulation and Order to Extend Time to File a Response to Amended Complaint (ECF No. 27)** |
| v. | |
| Louis DeJoy, | **(Fourth Request)** |
| Defendant. | |

Federal Defendant Louis DeJoy ("Federal Defendant"), and Plaintiff Jovan P. Blanton ("Plaintiff") respectfully request a 7-day extension to answer to Plaintiff's First Amended Complaint (ECF No. 27).

Plaintiff filed his Amended Complaint on April 18, 2025 (ECF No. 27).

Federal Defendant filed their Motion to Dismiss on June 30, 2026 (ECF No. 36).

Plaintiff filed his response to the Motion to Dismiss on August 4, 2025 (ECF No. 41).

On March 2, 2026, the Court issued a Minute Order denying Federal Defendant's Motion to Dismiss (ECF No. 56).

On March 12, 2026, counsel for Federal Defendant reached out to Plaintiff's Counsel and agreed to extend the time for Federal Defendant to respond to Plaintiff's Amended Complaint to **March 23, 2026**, in order to accommodate staffing shortages and

the relatedly substantial workload handled by counsel for Federal Defendant. The standard for extending time is good cause. *See* FRCP 6(b)(1)(A).

Accordingly, the parties, through undersigned counsel, submit this stipulation for an extension to **March 23, 2026**, for Federal Defendant to file a response to Plaintiff's Amended Complaint.

This is the fourth stipulated request for an extension of time to respond to Plaintiff's Amended Complaint. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 16th day of March 2026.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
MICHAEL P. BALABAN
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, Nevada 89141

*Attorney for Plaintiff*

SIGAL CHATTAH
United States Attorney

/s/ James R. Sweetin
JAMES R. SWEETIN
Assistant United States Attorney

*Attorneys for the Federal Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ___March 16, 2026___