TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6297
James.Sweetin@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOVAN P. BLANTON,

Plaintiff,

v.

DAVID STEINER, POSTMASTER GENERAL,

Defendant.

Case No. 2:23-cv-02102-RFB-EJY

**Stipulation and Order to Extend Discovery Deadlines Pursuant to Court Order (ECF No. 68)**

Pursuant to this Court's prior order, ECF No. 68, the parties met and conferred, in a telephonic conference conducted on October 30, 2026, to discuss new discovery deadlines including dates for initial and expert disclosures, the due date for dispositive motions, and the due date for a joint pretrial order. James R. Sweetin, Esq. participated on behalf of Defendant and Algernon Marques Pitre participated on behalf of Plaintiff.

Plaintiff's prior counsel, Mr. Michael Balaban, has recently withdrawn from representing Mr. Blanton. ECF Nos. 64, 65. This Court has stayed all dates established in the operative discovery plan and scheduling order (ECF No. 63) for a period of 30 days commencing on September 15, 2026, which ended on October 15, 2026. ECF No. 65. Per this Court's Order "If the parties seek an extension of discovery because of the stay, they may file a stipulation for such extension, which the Court will promptly consider." *Id.* On September 23, 2026, undersigned counsel reached out to Mr. Blanton via email asking to

stipulate to a 90-day extension of the remaining deadlines, however Mr. Blanton declined. On September 29, 2026, Defendant filed a Motion to Extend Remaining Discovery Deadlines, denied by the Court as premature, ECF Nos. 67, 68. On October 30, 2026, AUSA Sweetin met and conferred with Plaintiff's retained counsel, A. Marques Pitre, to discuss new discovery deadlines and agreed to a 90-days extension of the remaining discovery deadlines.

This case arises from Plaintiff's claims of alleged gender, age, discrimination and retaliation. Discovery was previously stayed when this Court initially granted Federal Defendant's motion to dismiss on March 31, 2025, ECF No. 26, with leave to amend. On April 18, 2025, Plaintiff filed his First Amended Complaint, ECF No. 27. On June 30, 2025, Federal Defendant filed its second motion to dismiss, denied without prejudice on March 2, 2026, ECF No. 56. Federal Defendant filed its answer to Plaintiff's first amended complaint on March 23, 2026. ECF No. 59. The parties' proposed discovery plan and scheduling order was approved on June 15, 2026.

**A. Request for Extension of Remaining Discovery Deadlines**

**1. Discovery and other matters completed to date**

a. The parties served their initial disclosures.

b. On January 28, 2025, Federal Defendant served its first sets of Requests for Admission, Requests for Production and Interrogatories to Plaintiff.

c. On March 13, 2025, Plaintiff served his First Supplement to Initial Disclosures.

d. On March 14, 2025 Plaintiff served his responses to Federal Defendants' first sets of Requests for Admission, Requests for Production and Interrogatories.

e. On March 20, 2025, Federal Defendant started, but did no finish, Plaintiff's deposition.

f. On March 31, 2025, Federal Defendant served its second Interrogatories and Requests for Production to Plaintiff.

g. On August 20, 2026, Plaintiff served his first set of Interrogatories and Requests for Production of Documents to Federal Defendant.

h. Per the parties' agreement and due to the recent stay of discovery, Federal Defendant's responses to Plaintiff's first set of Interrogatories and Requests for Production of Documents will be due on November 20, 2026.

**2. Discovery that remains to be completed**

a. Federal Defendant's responses to Plaintiff's Requests for Production of Documents and Interrogatories will be due on November 20, 2026.

b. Federal Defendant may need to serve additional discovery requests to Plaintiff.

c. Plaintiff's continued deposition needs to be taken.

d. Experts need to be retained.

e. Any and all other discovery that may be appropriate and applicable under the rules.

**3. Reasons why discovery has not been completed**

Due to dispositive motions practice, discovery stays and recent withdrawal of Plaintiff's counsel, the parties have not completed discovery in his case, and undersigned counsel believes that a 90-days extension will permit both parties to engage in discovery and complete it, and potentially decide if Federal Defendant needs to retain Experts in this case. Plaintiff has retained new counsel who will need to familiarize himself with the case.

On October 30, 2026, AUSA Sweetin met and conferred with Plaintiff's retained counsel, A. Marques Pitre, to discuss new discovery deadlines and agreed to a 90-days extension of the remaining discovery deadlines. The parties agree that neither party will be prejudiced by the proposed extension, and that they may be prejudiced should the current schedule remain in place. The parties agree the extension is sought in good faith.

**4. Proposed revised discovery schedule**

A 90-day extension of the remaining deadlines in the case would result in the following revised discovery schedule:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Initial Expert Disclosures** | September 21, 2026 | **December 28, 2026** |
| **Rebuttal Expert Disclosures** | October 19, 2026 | **January 27, 2027** |
| **Discovery Cut Off** | November 18, 2026 | **February 26, 2027** |
| **Dispositive Motions** | December 18, 2026 | **March 29, 2027** |
| **Joint Pretrial Order** | January 18, 2027 | **April 28, 2027**[1] |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 6th day of November 2026.

PITRE & ASSOCIATES, LLC

*/s/ A. Marques Pitre*
A. MARQUES PITRE, ESQ.
1025 Connecticut Avenue, NW, Suite 1000
Washington D.C. 20036
Tel. 202-480-8909
Email: ampitre@ampitreassociates.com

*Attorneys for Plaintiff*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
*Attorney for the United States*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 6, 2026

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.